EEOC Form 161-B (01/2022)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To: **KeriMarie Sutherland**<br>1225 Indian Trail Road<br>Roanoke, TX 76262 | From: **El Paso Area Office**<br>100 N. Stanton Street, Suite 600<br>El Paso, TX 79901 |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 450-2022-04887 | **ROXANA LAMOTTE,**<br>**EO Investigator** | **915-995-8841** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

- More than 180 days have passed since the filing of this charge.
- The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA):* You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By: Travis M. Nicholson
09/05/2023

**Travis M. Nicholson**
**District Director**

Enclosures(s)

cc: **David Shankman**
Shankman Leone PA
707 N FRANKLIN ST STE 500
Tampa, FL 33602
**Evelina Rojas**
ON THE BORDER D/B/A OTB Acquisition
2201 West Royal Lane Suite # 240
Irving, TX 75063

**Jonathan J Walters**
Walters Law Office, LLP
3113 S. University Drive, #4000
Fort Worth, TX 76109