IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KERIMARIE SUTHERLAND** | § § § | |
| **Plaintiff** | § § | |
| vs. | § § | Civil Case No. 3:23-cv-2665 |
| **OTB ACQUISTION LLC** | § § § § | |
| **Defendant** | § | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff, KeriMarie Sutherland and identifies the following parties as persons association of persons, firms, partnerships, corporations, affiliates, parent corporation, or other legal entities that are believed at this time to be financially interested in the outcome of this litigation:

| **Person or Party and Counsel** | **Posture in the Case** |
|---|---|
| KeriMarie Sutherland | Plaintiff |
| Jonathan J. "Jack" Walters<br>WALTERS LAW OFFICE, PLLC | Plaintiff's attorney |
| OTB Acquisition LLC | Defendant |

Dated: December 4, 2023

                        Respectfully submitted,

                        WALTERS LAW OFFICE, PLLC

                        */s/ Jonathan J. Walters*
                        Jonathan J. "Jack" Walters
                        State Bar No. 24096307

                        3113 S. University Drive, #400
                        Fort Worth, Texas 76109
                        (682) 747-6800
                        (682) 747-6899 facsimile
                        jack@walterslawofficepllc.com

                        ATTORNEY FOR PLAINTIFF