IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KERIMARIE SUTHERLAND,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:23-CV-2665 |
| | § | |
| **OTB ACQUISITION LLC,** | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION

Defendant OTB Acquisition, LLC ("OTB" or "Defendant") and Plaintiff Kerimarie Sutherland ("Plaintiff" or "Sutherland") move the Court, pursuant to the Federal Arbitration Act, to compel Plaintiff to arbitrate her claims as provided for in the Arbitration Agreement, and stay the action pending the resolution of arbitration. In support of their motion, OTB and Plaintiff rely on the contemporaneously filed Brief and attached documentation. For the reasons explained more fully therein, Plaintiff agreed to arbitrate her claims and, therefore, this action should be stayed.

Dated: December 26th, 2023              Respectfully submitted,

*/s/ Celeste R. Yeager*
Celeste R. Yeager
Texas State Bar No. 00797715
Michaela D. Noble
Texas State Bar No. 24104613
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX 75201
cyeager@littler.com
mnoble@littler.com
(214) 880-8100
(214) 880-0181 (Fax)

**ATTORNEYS FOR DEFENDANT**

*/s/ Jonathan J. Walters*
Jonathan J. "Jack" Walters
Texas State Bar No. 24096307
WALTERS LAW OFFICE, PLLC
jack@walterslawofficepllc.com
3113 S. University Drive, # 400
Fort Worth, Texas 76109
(682) 747-6800
(682) 747-6899 (Fax)

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I certify that on this 26th day of December, 2023, the undersigned provided a copy of the ***Joint Motion To Stay Proceedings And Compel Arbitration*** to counsel in this case via the U.S. Northern District of Texas ECF filing system as follows:

Jonathan J. "Jack" Walters
WALTERS LAW OFFICE, PLLC
3113 S. University Drive, # 400
Fort Worth, Texas 76109
jack@walterslawofficepllc.com

                                            */s/ Celeste R. Yeager*
                                            Celeste R. Yeager