IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KERIMARIE SUTHERLAND,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:23-CV-2665 |
| | § | |
| **OTB ACQUISITION LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION

CAME ON FOR CONSIDERATION the Joint Motion to Stay Proceedings and Compel Arbitration.  The Court, after considering same, is of the opinion that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Parties shall arbitrate all claims asserted by Plaintiff in this matter.  The case is STAYED pending the outcome of the arbitration.  The Clerk of Court is directed to close this case.

SIGNED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE