# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **KERIMARIE SUTHERLAND,** § | |
| § | |
| **Plaintiff/Claimant,** § | |
| § | |
| vs. § | Civil Action No. 3:23-cv-02665-B |
| § | |
| **OTB ACQUISITION, LLC** § | |
| § | |
| § | |
| **Defendant/Respondent.** § | |

## JOINT STATUS REPORT

Pursuant to the Court's Status Report Order [ECF 9], Plaintiff/Claimant Kerimarie Sutherland ("Plaintiff/Claimant") and Defendant/Respondent OTB Acquisition, LLC ("Defendant/Respondent") (jointly, the "Parties") submit this Joint Status Report.

On April 26, 2024, The American Arbitration Association ("AAA") issued the Scheduling Order. AAA issued the First Amended Scheduling Order on May 3, 2024.

AAA approved the following case deadlines:

**1.   Hearing on the Merits:**

The arbitration will be held on May 6-8, 2025.

**2.   Pre-Hearing Mediation Attempt:**

The Parties must complete mediation by December 6, 2024.

**3.   Specification of Claims and Counterclaims:**

The deadline to specify claims was May 25, 2024. The deadline to respond was June 24, 2024. The deadline to specify counterclaims was June 24, 2024. The deadline to respond was July 8, 2024.

  **4.**  **Date for Identification and Exchange of Witnesses:**

  The deadline for Claimant to identify and exchange witnesses is March 2, 2025. The deadline for Respondent to identify and exchange witnesses be April 2, 2025.

  **5.**  **Exchange of Documents/Discovery:**

  The deadline for propounding written discovery requests is December 7, 2024. The deadline for written discovery responses is January 6, 2025. The deadline for completion of depositions is February 6, 2025. The deadline for discovery to be complete is March 3, 2025.

  **6.**  **Stipulations of Uncontested Facts (if any):**

  The deadline for stipulations of uncontested facts is April 22, 2025.

  **7.**  **Advanced Exchange of Identification of Exhibits:**

  The deadline for the advanced exchange of identification of exhibits is April 22, 2025.

  **8.**  **Dispositive Motion Deadline:**

  The deadline for dispositive motions is March 7, 2025.

The Parties are currently exchanging written discovery.

//

//

//

//

//

//

//

Dated: August 22, 2024

    Respectfully submitted,

    **WALTERS LAW OFFICE, PLLC**

    */s/ Jonathan J. Walters*

    Jonathan J. Walters
    *Signed with permission
    Texas State Bar No. 24096307

    3113 S. University Drive
    Suite 400
    Fort Worth, Texas 76109
    (682) 747-6800
    (682) 747-6899 Facsimile
    jack@walterslawofficepllc.com

    ATTORNEY FOR PLAINTIFF
    Kerimarie Sutherland

    and,

    **LITTLER MENDELSON, P.C.**

    */s/ Celeste R. Yeager*
    Celeste R. Yeager
    Texas State Bar No. 00797715
    Michaela D. Noble
    Texas State Bar No. 24104613

    2001 Ross Avenue
    Suite 1500
    Dallas, TX 75201-2931
    (214) 880-8100
    (214) 880-0181 Facsimile
    cyeager@littler.com
    mnoble@littler.com

    ATTORNEYS FOR DEFENDANT
    OTB Acquisition, LLC