IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KERIMARIE SUTHERLAND,** | § | |
| | § | |
| **Plaintiff/Claimant** | § | |
| | § | |
| vs. | § | Civil Action No. 3:23-cv-02665-B |
| | § | |
| **OTB ACQUISITION, LLC** | § | |
| | § | |
| **Defendant/Respondent.** | § | |

## JOINT STATUS REPORT

Pursuant to the Court's Status Report Order [ECF 9], Plaintiff/Claimant Kerimarie Sutherland ("Plaintiff/Claimant") and Defendant/Respondent OTB Acquisition, LLC ("Defendant/Respondent") (jointly, the "Parties") jointly submit this Joint Status Report, and report as follows:

The Parties have exchanged initial written discovery requests and documents. On November 22, 2024, the Parties participated in mediation, which was unsuccessful. On December 6, 2024, Respondent served supplemental discovery requests to Claimant. Respondent is awaiting Claimant's responses to its supplemental discovery requests, which are due January 6, 2025. The Parties are also in the process of scheduling additional depositions. The final arbitration hearing is currently scheduled to begin on May 6, 2025.

Dated: December 20, 2024						Respectfully submitted,


							*/s/ Jonathan J. Walters (with permission)*
							Jonathan J. "Jack" Walters
							State Bar No. 24096307

							3113 S. University Drive, #400
							Fort Worth, Texas 76109
							(682) 747-6800
							(682) 747-6899 facsimile
							jack@walterslawofficepllc.com

							ATTORNEY FOR PLAINTIFF



							*/s/ Celeste R. Yeager*
							Celeste R. Yeager
							Texas State Bar No. 00797715
							cyeager@littler.com
							M. Collin Quigley
							Texas State Bar No. 24100928
							cquigley@littler.com
							Michaela D. Noble
							Texas State Bar No. 24104613
							mnoble@littler.com

							**LITTLER MENDELSON, P.C.**
							2001 Ross Avenue, Suite 1500
							Dallas, TX 75201
							214.880.8100
							214.880.0181 (Fax)

							ATTORNEYS FOR DEFENDANT