# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **KERIMARIE SUTHERLAND,** § | |
| § | |
| Plaintiff/Claimant, § | |
| § | |
| vs. § | **CIVIL ACTION NO. 3:23-cv-02665-B** |
| § | |
| **OTB ACQUISITION LLC,** § | |
| § | |
| Defendant/Respondent. § | |
| § | |

## SUGGESTION OF BANKRUPTCY

Defendant/Respondent, OTB Acquisition LLC (the "Debtor"), by and through undersigned counsel, states as follows:

1. On March 4, 2025, the Debtor and certain of its affiliates each filed a Voluntary Chapter 11 Petition in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division, and the Chapter 11 cases are jointly administered under Case No. 25-52415.

2. By virtue of the bankruptcy filing, all of the Debtor's property is subject to the jurisdiction of the United States Bankruptcy Court for the Northern District of Georgia.

3. Pursuant to § 362 of Title 11 of the United States Code, an automatic stay is in effect which enjoins, *inter alia,* continued prosecution of the above-captioned case against the Debtor, including collection of any pre-existing judgment.

4. The bankruptcy proceeding has not been dismissed.

Dated: March 18, 2025                                     Respectfully submitted,

                                                                          */s/ Celeste R. Yeager*
                                                                          Celeste R. Yeager
Texas State Bar No. 00797715
cyeager@littler.com
Michaela D. Noble
Texas State Bar No. 24104613
mnoble@littler.com

LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX 75201-2931
214.880.8100
214.880.0181 (Facsimile)

ATTORNEYS FOR RESPONDENT
OTB ACQUISITION LLC

## CERTIFICATE OF SERVICE

On March 18, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas and electronically served same, using the Case Management/Electronic Case Filing (CM/ECF) system of the Court. The CM/ECF system sent a Notice of Electronic Filing to the following counsel of record, who has consented in writing to accept service of this document by electronic means:

    Jonathan J. "Jack" Walters
    Walters Law Office, PLLC
    3113 S. University Drive, #201
    Fort Worth, Texas 76109
    jack@walterslawofficepllc.com

                                                                    */s/ Celeste R. Yeager*
                                                                     Celeste R. Yeager